LAW OFFICES OF

Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ*+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TELEPHONE: (718) 238-9898
FACSIMILE: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON
HON. MICHAEL C. FARKAS (RET.)

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

August 18, 2026

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Gerard Ryan**
**26-cr-117 (JPC)**

Dear Judge Cronan:

Please accept this letter on behalf of our client, Gerard Ryan, which serves to respectfully request Your Honor's consent to allow Mr. Ryan to travel outside of the permitted geographic area of his bond conditions. Mr. Ryan's bond conditions restrict travel to SDNY/EDNY/NDMS and points between for travel to court and attorney meetings.

Mr. Ryan is requesting to travel to the Western District of Tennessee and the Northern District of New York from September 4, 2026 through September 10, 2026. Mr. Ryan respectfully requests permission to visit friends and family during the Labor Day holiday week and requests the following travel itinerary:

- Travel on September 4, 2026, from Memphis, Tennessee (Western District of Tennessee) to Albany Airport (Northern District of New York) via Delta Airlines. Mr. Ryan's friend, Carrie Corrigan, will pick him up from the airport and they will drive together from Albany, New York to Saratoga Springs, New York (Northern District of New York), where he will stay in a house booked through Airbnb from September 4, 2026 to September 10, 2026.
- Drive on September 10, 2026, from Saratoga Springs, New York back to Albany, New York (Northern District of New York) to fly from Albany Airport back to Memphis, Tennessee (Western District of Tennessee) via Delta Airlines.

We have reached out to U.S. Pretrial Officer Evelyn Alvayero of SDNY, as well as U.S. Pretrial Officer Sydney Parker, of NDMS, both of whom have indicated that they do not object to

this request. We have also reached out to AUSA Nicholas Chiuchiolo, who also had no objection to this request.

Thank you for your time and attention to this matter. If you should have any questions or concerns, please do not hesitate to contact me at (212)486-0011.

Respectfully submitted,

Arthur L. Aidala

cc: AUSA Nicholas Chiuchiolo
U.S. Pretrial Officer Evelyn Alvayero
U.S. Pretrial Officer Sydney Parker

The instant unobjected-to request is granted. Defendant may travel to the Western District of Tennessee and the Northern District of New York between September 4, 2026 and September 10, 2026. The Clerk of Court is respectfully directed to close Docket Number 12.

SO ORDERED.
Date: August 19, 2026
New York, New York

JOHN P. CRONAN
United States District Judge