LAW OFFICES OF

*Aidala, Bertuna & Kamins, P.C.*

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ*+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TELEPHONE: (718) 238-9898
FACSIMILE: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON
HON. MICHAEL C. FARKAS (RET.)

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

September 23, 2026

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is granted. Pretrial Services shall return Mr. Ryan's passport as set forth below. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 18.
SO ORDERED.
September 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**Re: United States v. Gerard Ryan**
**26-cr-117 (JPC)**

Dear Judge Cronan:

Please accept this letter on behalf of our client, Gerard Ryan, which serves to respectfully request that the Court order the release of Mr. Ryan's passport. Mr. Ryan was sentenced by this Court on September 22, 2026.

As the case has now been resolved, we respectfully request that Your Honor order Pretrial Services to return Mr. Ryan's passport to him at the address he has provided to Pretrial Services via UPS.

Thank you for your time and attention to this matter.

Respectfully submitted,

Arthur L. Aidala

cc: AUSA Nicholas Chiuchiolo
U.S. Pretrial Officer Evelyn Alvayero
U.S. Pretrial Officer Sydney Parker